**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**KEVIN WAYNE KNIPPEL,**
     **Petitioner,**
**v.**                                   **Case No. 4:18cv534-RH/CAS**

**UNITED STATES OF AMERICA,**
     **Respondent.**
                           /

## REPORT AND RECOMMENDATION

In an order filed November 19, 2018, Petitioner Kevin Wayne Knippel was directed to either pay the $5.00 filing fee or, alternatively, file a motion to proceed in forma pauperis (IFP) by December 19, 2018.   ECF No. 3.   That same order also directed Petitioner to file an amended § 2241 petition by December 19, 2018.   *Id*.   Petitioner was specifically warned that a recommendation would be made that this case be dismissed if Petitioner failed to comply with the order.   *Id*. at 3.   To date, Petitioner has not complied with the Court's order.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.   Link v. Wabash R.R., 370 U.S. 626 (1962).   Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order.   Moon v. Newsome, 863 F.2d 835, 838 (11th Cir. 1989).   Because Petitioner did not comply with an order, this petition should be dismissed without prejudice.

Petitioner shall have a 14-day period after service of this report and

recommendation in which to file objections.   This will also afford Petitioner

a final opportunity to show good cause for this failure to respond.

Petitioner may do so by filing a motion for reconsideration which will be

referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be

**DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, on January 25, 2019.

**S/ Charles A. Stampelos**
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2).   A copy of the objections shall be served upon all other parties.   A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.   Fed. R. Civ. P. 72(b)(2).   Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.   If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a Report and Recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.   See 11th Cir. R. 3-1; 28 U.S.C. § 636.**

Case No. 4:18cv534-RH/CAS