IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEVIN WAYNE KNIPPEL,

    Petitioner,

v.                                             Case No. 4:18cv534-MW/CAS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice." The Clerk shall close the file.

**SO ORDERED on March 21, 2019.**

                                                **s/ MARK E. WALKER**
                                                **Chief United States District Judge**